IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM SCHALETZKE, ) <br> ) <br> Petitioner, ) <br> ) Civil Case No. 07-279-HU <br> v. ) <br> ) O R D E R <br> JEAN HILL, Superintendent of the Snake ) <br> River Correctional Institution, ) <br> ) <br> Respondent. ) <br> _____ ) | |

Mark Bennett Weintraub
Assistant Federal Public Defender
151 W. 7th Avenue, Suite 510
Eugene, Oregon 97401

    Attorney for Petitioner

Page 1 - ORDER

John R. Kroger
Attorney General
Jacqueline Sadker
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

    Attorneys for Respondent

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on August 6, 2009.  Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated August 6, 2009 in its entirety.

///

///

IT IS HEREBY ORDERED that the Amended Petition for Writ of Habeas Corpus (#1) is denied.

DATED this  8th  day of September, 2009.

                        /s/ Garr M. King
                        GARR M. KING
                        United States District Judge